**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 24.4.75.228,

Defendant.

Case Number: 3:26-cv-03484-SK

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Regarding Dkt. No. 10

Before the Court is Plaintiff's *ex parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for July 27, 2026. (Dkt. No. 10.) The Court GRANTS Plaintiff's application. Plaintiff shall have until October 9, 2026 to effectuate service of a summons and Complaint on Defendant. The Court HEREBY CONTINUES the Initial Case Management Conference to November 9, 2026 at 1:30 p.m. via Public Zoom webinar.

**IT IS SO ORDERED**.

Dated: July 21, 2026

By: [signature]
SALLIE KIM
United States Magistrate Judge